FILED
CLERK, U.S. DISTRICT COURT

AUG 15 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DOCKETED ON CM

AUG 15 2006

005

Priority ____
Send ⟋
Enter ____
Closed ⟋
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SAMUEL HAYWOOD MYLES,<br><br>        Plaintiff,<br><br>        v.<br><br>B. HENSON, et al.,<br><br>        Defendants. | No. CV 06-2281 (PLA)<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS** |

On June 7, 2006, plaintiff submitted a civil rights complaint with the Court, along with a Declaration in Support of Request to Proceed without Prepayment of Filing Fees (the "Request"). On June 30, 2006, the Court denied plaintiff's Request to file his complaint without the prepayment of the filing fees, in part because plaintiff did not complete question 5 of the Request concerning income reflected on his tax returns.

On July 25, 2006, this Court received plaintiff's "Motion for Reconsideration," "Motion to Show Cause Why Plaintiff Should be Allowed to Proceed in Forma Pauperis," and "Motion for Leave to File an Amended Supplemental Complaint." Plaintiff has attached to his Motion to Show Cause what appears to be his original Request to Proceed without Prepayment of Filing Fees, to which he has now provided some information in response to question No. 5. However, plaintiff

1 │ has still failed to completely answer question No. 5, including providing information about the

2 │ amount of income reflected on his last income tax return.

3 │　　　　Accordingly, plaintiff's Motion for Reconsideration must be **denied**, as plaintiff has still not

4 │ completed the Request form, and he does not satisfy any of the grounds for a motion for

5 │ reconsideration under Fed.R.Civ.P. 60(b).[1]  Plaintiff's Motion to Show Cause is also **denied**,

6 │ based on the incomplete Request form, and the lack of a showing of any reason why he cannot

7 │ complete the form.

8 │　　　　Plaintiff's Motion for Leave to File an Amended Supplemental Complaint is **denied** as there

9 │ is no pending Complaint to amend.  If plaintiff submits a properly completed Request to Proceed

10 │ Without Prepayment of Filing Fees, he may submit a new Complaint at that time.

11 │

12 │

13 │ DATED: ___AUG 1 1 2006___

HONORABLE ALICEMARIE H. STOTLER
CHIEF UNITED STATES DISTRICT JUDGE

14 │

15 │

16 │ Presented by:

17 │

18 │ PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

19 │

20 │

21 │

22 │ _____

23 │　　[1]　Fed.R.Civ.P. 60(b) provides that, on a motion, a district court may relieve a party from a
judgment or order on six grounds: "(1) mistake, inadvertence, surprise, or excusable neglect;  (2)

24 │ newly discovered evidence ...;  (3) fraud ..., misrepresentation, or other misconduct of an adverse
party;  (4) the judgment is void;  (5) the judgment has been satisfied, released, or discharged, ...;

25 │ or (6) any other reason justifying relief from the operation of the judgment."  Rule 60(b)(6) relief is
appropriate only in "extraordinary circumstances."  United States v. Washington, 98 F.3d 1159,

26 │ 1163 (9th Cir. 1996).  Rule 60(b)(6) relief normally will not be granted unless the moving party is
able to show both injury and that circumstances beyond its control prevented timely action to protect

27 │ its interests.  United States v. Alpine Land & Reservoir Co., 984 F.2d 1047, 1049 (9th Cir. 1993).

28 │ Plaintiff has not done so here.